1  JAY EDELSON
   jedelson@edelson.com
2  RAFEY S. BALABANIAN
   rbalabanian@edelson.com
3  BENJAMIN H. RICHMAN
   brichman@edelson.com
4  EDELSON LLC
   350 North LaSalle Street, Suite 1300
5  Chicago, Illinois 60654
   Telephone: (312) 589-6370
6  Facsimile: (312) 589-6378

7  SEAN P. REIS (SBN 184044)
   sreis@reisfirm.com
8  THE REIS LAW FIRM, A.P.C.
   30021 Tomas Street, Suite 300
9  Rancho Santa Margarita, California 92688
   Telephone: (714) 352-5200
10 Facsimile: (714) 352-5201

11 *Attorneys for Henry Espejo and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF HIBLER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No. 5:13-cv-01354-JGB-OP<br><br>**REPRESENTATION STATEMENT**<br><br>Judge: Honorable Jesus G. Bernal |

|   |   |
|---|---|
| 1 | Pursuant to Circuit Rule 3-2(b) and in conjunction with his Notice of Appeal, |
| 2 | Proposed Intervenor/Appellant Henry Espejo provides the instant Representation |
| 3 | Statement and states as follows: |
| 4 | **Proposed Intervenor/Appellant** Henry Espejo is represented in this matter by |
| 5 | the following counsel: |
| 6 | Jay Edelson |
|   | jedelson@edelson.com |
| 7 | Rafey S. Balabanian |
|   | rbalabanian@edelson.com |
| 8 | Benjamin H. Richman |
|   | brichman@edelson.com |
| 9 | EDELSON LLC |
|   | 350 North LaSalle Street, Suite 1300 |
| 10 | Chicago, Illinois 60654 |
|   | Telephone: (312) 589-6370 |
| 11 | Facsimile: (312) 589-6378 |
| 12 | Sean P. Reis |
|   | sreis@reisfirm.com |
| 13 | THE REIS LAW FIRM, A.P.C. |
|   | 30021 Tomas Street, Suite 300 |
| 14 | Rancho Santa Margarita, California 92688 |
|   | Telephone: (714) 352-5200 |
| 15 | Facsimile: (714) 352-5201 |
| 16 | **Plaintiff Jeff Hibler** is represented in this matter by the following counsel: |
| 17 | Seyed Abbas Kazerounian |
|   | ak@kazlg.com |
| 18 | Matthew M. Loker |
|   | ml@kazlg.com |
| 19 | KAZEROUNI LAW GROUP APC |
|   | 2700 North Main Street, Suite 1000 |
| 20 | Santa Ana, California 92705 |
|   | Telephone: (800) 400-6808 |
| 21 | Facsimile: (800) 520-5523 |
| 22 | Joshua B. Swigart |
|   | josh@westcoastlitigation.com |
| 23 | HYDE AND SWIGART |
|   | 411 Camino Del Rio South, Suite 301 |
| 24 | San Diego, California 92108 |
|   | Telephone: (619) 233-7770 |
| 25 | Facsimile: (619) 297-1022 |
| 26 |   |
| 27 |   |
| 28 |   |

REPRESENTATION STATEMENT          1          CASE NO. 5:13-CV-01354-JGB-OP

1  **Defendant Santander Consumer USA, Inc.** is represented in this matter by
2  the following counsel:

3  Abraham J. Colman
   alcolman@reedsmith.com
4  Felicia Yu
   fyu@reedsmith.com
5  Janet M. Lee
   jmlee@reedsmith.com
6  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
7  Los Angeles, California 90071
   Telephone: (213) 457-8000
8  Facsimile: (213) 457-8080

9  Chad R. Fuller
   chad.fuller@troutmansanders.com
10 TROUTMAN SANDERS LLP
   11682 El Camino Real, Suite 400
11 San Diego, California 92130
   Telephone: (858) 509-6056
12 Facsimile: (858) 509-6040

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28